Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONAA BRAND,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-9627 RGK (FFMx)<br>Assigned to the Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER ON STIPULATION RE DISMISSAL |

The Court has received and considered the Stipulation by and between the parties hereto, Plaintiff Ronna Brand and Defendant Travelers Commercial Insurance Company, through their respective counsel of record.

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, with each party to bear her and its own costs and attorneys' fees.

Dated: AUG 2 1 2015

By: _____
Judge R. Gary Klausner